447 A.2d 640

Commonwealth v. Klinger, Appellant.

Petition for Allowance of Appeal Denied Oct. 1, 1982.

Submitted March 10, 1981. Harold S. Irwin, III, for appellant; Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Order affirmed.